# EXHIBIT B

# US 7,313,580 Vittorio
# vs
# Notion

# US 7,313,580 Vittorio
# vs
# Notion

## US7313580B2
### United States

📄 Download PDF   🔍 Find Prior Art   Σ Similar

**Inventor:** Domenico Vellante, Vittorio Luigi Brioschi

**Current Assignee :** Brioschi Vittorio Luigi Enrico Mr

**Worldwide applications**

2005 · US   2006 · CA EP WO   2007 · US US

**Application US11/052,198 events** ⑦

**2005-02-08** • Application filed by Individual

**2005-02-08** • Priority to US11/052,198

**2005-09-08** • Publication of US20050198132A1

2006-02-07 • Priority to CA002596406A

2006-02-07 • Priority to EP06710374A

2006-02-07 • Priority to PCT/IB2006/000287

2007-10-10 • Priority to US11/907,274

2007-10-10 • Priority to US11/907,281

**2007-12-25** • Application granted

**2007-12-25** • Publication of US7313580B2

2025-08-27 • Assigned to BRIOSCHI, VITTORIO LUIGI ENRICO, MR. ⑦

**Status** • Active

**2026-03-26** • Adjusted expiration

Hide events ⌃

**Info:** Patent citations (17), Cited by (20), Legal events, Similar documents, Priority and Related Applications

**External links:** USPTO, USPTO PatentCenter, USPTO Assignment, Espacenet, Global Dossier, Discuss

2

# Related Products

- The following chart is based on the review of Notion Web Site.



https://developers.notion.com/reference/webhooks#:~:text=Webhooks%20Webhooks%20let%20your%20integration%20receive%20real%2Dtime,HTTP%20POST%20request%20to%20your%20webhook%20endpoint.

3

# Related Products

- The following chart is based on the review of Notion Web Site.



https://developers.notion.com/reference/webhooks#:~:text=Webhooks%20Webhooks%20let%20your%20integration%20receive%20real%2Dtime,HTTP%20POST%20request%20to%20your%20webhook%20endpoint.

# US7313580 Claim 1

1.  A method for sharing information between a group of users, wherein decentralized storage of a shared electronic document is provided where each user has a copy of the document, in which each of the users may make changes by incorporating or modifying information, where the exchange of data for synchronizing the document belonging to a given user with the rest by making them co-sharers of such changes comprises the following stages:

> an operation for saving the information in the local storage unit where only the new resources which are incorporated into the document, or those modified, are also stored in an information packet which is available in a spooler or waiting area for data to sent

> a synchronization order is issued which consists of encoding, packaging and sequencing of the data to adapt it to the transport manager

> sending to the rest of the users included in the list of users of all packets from the spooler encoded, with the dispatch being made from the computer which issues the synchronization order to each of the remaining computers

> receipt of the packets by the rest of the computers with decoding of them taking place to transform them into packets of resources to be incorporated, according to the sending sequence, into the copies of the document of the users receiving them

> generation of the resources which allow the document to be updated from the decoded packet

> transfer of the new document to the information manager for processing where all users have an exact copy of the updated document when all users carry out the synchronization order.

4

# US7313580 Claim 1

---

**[1.P]** **A method for sharing information between a group of users, wherein decentralized storage of a shared electronic document is provided where each user has a copy of the document, in which each of the users may make changes by incorporating or modifying information, where the exchange of data for synchronizing the document belonging to a given user with the rest by making them co-sharers of such changes comprises the following stages:**

---

Notion supports collaborative editing across multiple users within the same Notion workspace. Pages are jointly accessible and modifiable "**even when you're in offline mode**". For example, "**All workspace members on all plans can use pages offline**." Notion supports offline mode, where Notion pages are made available offline, stored locally on the user's device. The user may open, view, and edit these offline pages. Wherein each user has a copy of the document. This means everyone has a local copy of the electronic document.

Capture your good ideas in Notion whenever — even when you're in offline mode ✈️

https://www.notion.com/help/use-pages-offline

## Who can use pages offline?

All workspace members on all plans can use pages offline. To do so, you'll need to be using Notion's desktop or mobile apps. This feature isn't available on web browsers.

https://www.notion.com/help/use-pages-offline

5

# US7313580 Claim 1

| |
|---|
| **[1.1] an operation for saving the information in the local storage unit where only the new resources which are incorporated into the document, or those modified, are also stored in an information packet which is available in a spooler or waiting area for data to sent** |

Each user may incorporate modifications into his copy. Offline editing implies edits occur independently, not merely as a view into a server copy. This means Local data storage + user modification = independent document copy editing, for example, Notion says, "**While offline, you can: Create new pages. View and edit downloaded pages and use all of the essential block types**"

---

## What you can do while offline

While offline, you can:

- Create new pages.
- View and edit downloaded pages and use all of the essential block types, with the exception of some advanced blocks that require an internet connection to work properly, such as:

---

https://www.notion.com/en-gb/help/use-pages-offline#what-you-can-do-while-offline

7

# US7313580 Claim 1

| [1.2] **a synchronization order is issued which consists of encoding, packaging and sequencing of the data to adapt it to the transport manager** |
|---|

Notion represents documents as **blocks**, not monolithic stored files.
Edits modify a block, not the entire document. Therefore, **Notion transmits block-level deltas**, meaning the claimed packet-based change storage, for example, Notion says, **"If you make a change in one instance of a synced block, that change will also appear in all other places where that synced block exists."**
Offline caches holding pending updates serve as the spooler.

## Edit synced blocks 🔗

If you make a change in one instance of a synced block, that change will also appear in all other places where that synced block exists.

https://www.notion.com/help/synced-blocks

# US7313580 Claim 1

**[1.3]** **sending to the rest of the users included in the list of users of all packets from the spooler encoded, with the dispatch being made from the computer which issues the synchronization order to each of the remaining computers**

Upon network reconnection, Notion automatically syncs modified blocks to its servers, which is functionally identical to issuing a synchronization order in the claim. Notion converts user edits to delta payloads for sync. For example, "**With synced blocks, you can use the same block and its contents in multiple places throughout a page or a workspace**." "**Click ⠿ next to your selected blocks. Select Turn into → Synced block**."

With synced blocks, you can use the same block and its contents in multiple places throughout a page or a workspace. For example, you could use your team's mission statement in an onboarding document and a meeting notes document for your next team sync. If your mission statement changes in the future, you'll only need to edit it in one place for the changes to reflect everywhere that the mission statement is synced!

## Sync blocks

To sync blocks across pages, multiple locations in the same page, or workspaces:

1. Select the blocks by dragging across them with your cursor.
2. Click ⠿ next to your selected blocks. Select Turn into → Synced block .
3. Select the copy icon, then paste the blocks wherever you'd like.

https://www.notion.com/help/synced-blocks

# US7313580 Claim 1

| |
|---|
| **[1.4]** **receipt of the packets by the rest of the computers with decoding of them taking place to transform them into packets of resources to be incorporated**, according to the sending sequence, into the copies of the document of the users receiving them |

Notion relays updated blocks to other devices/users who access the same page. The result is updated peer copies. "**If you make a change in one instance of a synced block, that change will also appear in all other places where that synced block exists.**"

## Edit synced blocks 🔗

If you make a change in one instance of a synced block, that change will also appear in all other places where that synced block exists.

https://www.notion.com/help/synced-blocks

# US7313580 Claim 1

[1.5] **generation of the resources which allow the document to be updated from the decoded packet.**

When Notion syncs, the client **receives updates** and applies them to local storage — merging the deltas into the cached page representation. Notion webhooks generate event-based update notifications + JSON diff payloads + downstream synchronization, therefore they represent packetized resource updates distributed to other clients or systems, This means Notion meets the decode-and-integrate requirement. For example, "**Webhooks let your integration receive real-time updates from Notion. Whenever a page or database changes, Notion sends a secure HTTP POST request to your webhook endpoint. This allows your application to respond to workspace activity as it happens — whether that's syncing data, triggering automation, or keeping your UI in sync with user activity**."

Webhooks let your integration receive real-time updates from Notion. Whenever a page or database changes, Notion sends a secure HTTP POST request to your webhook endpoint. This allows your application to respond to workspace activity as it happens — whether that's syncing data, triggering automation, or keeping your UI in sync with user activity.

https://developers.notion.com/reference/webhooks#:~:text=Webhooks%20Webhooks%20let%20your%20integration%20receive%20real%2Dtime,HTTP%20POST%20request%20to%20your%20webhook%20endpoint.

11

# US7313580 Claim 1

[1.6] **transfer of the new document to the information manager for processing where all users have an exact copy of the updated document when all users carry out the synchronization order.**

Notion ensures that after sync, every device displays the same version of the page, for example, Notion says, **"If you make a change in one instance of a synced block, that change will also appear in all other places where that synced block exists."**

## Edit synced blocks 🔗

If you make a change in one instance of a synced block, that change will also appear in all other places where that synced block exists.

https://www.notion.com/help/synced-blocks

12